UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 23-10076-KS                                                                 Date: August 5, 2025

Title    *173D Airborne Brigade Association v. Caleb Geller et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER RE: FINAL PRE-TRIAL CONFERENCE AND ORDER TO SHOW CAUSE RE: THE FAILURE TO PROSECUTE**

On August 5, 2025, counsel for both Plaintiff 173D Airborne Brigade Association and counsel for Defendant Caleb Geller failed to appear for the Final Pretrial Conference scheduled for that date.  Neither party appeared despite notice to all parties of the Final Pretrial Conference via CM-ECF on July 16, 2025.  (Dkt. No. 49.)  On August 5, 2025 at approximately 9:15 a.m. Plaintiff Caleb Geller notified the Court via telephone that he would not appear at the Final Pretrial Conference because he was hospitalized.  This was the first and only communication from any party regarding their non-appearance at the Final Pretrial Conference.

Additionally, as of the date of this Order, the parties have not complied with any of the Court's trial-related deadlines or communicated with the Court regarding the status of this case.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **August 13, 2025**, why the Court should not dismiss this matter for the failure to prosecute.  District Courts have authority to sua sponte dismiss actions for the failure to prosecute or the failure to comply with court orders.  Fed. R.Civ. P. 41(b); *Wolff v. California*, 318 F.R.D. 627, 630 (C.D. Cal. 2016).

### BACKGROUND

On November 30, 2023, Plaintiff 173D Airborne Brigade Association initiated this action alleging that Defendants Caleb Geller and Michael Geller engaged in a fraudulent scheme to convert and misappropriate Plaintiff's funds.  (*See* Dkt. No. 1.)  Defendants filed an answer to the Complaint on April 3, 2024.  (Dkt. No. 23.)

On June 27, 2024, the parties consented to proceed before the Honorable Karen L. Stevenson, Chief United States Magistrate Judge. (Dkt. No. 38.)  On September 3, 2024, the Court held a scheduling conference with the parties at which it entered its scheduling order of pretrial and trial-related dates and deadlines.  (Dkt. Nos. 43, 43-1.)  The Court set this matter for trial to commence on August 26, 2025.  (Dkt. No. 43-1.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 23-10076-KS                                                          Date: August 5, 2025

Title     *173D Airborne Brigade Association v. Caleb Geller et al.*

     On September 26, 2024, Defendant Michael Geller filed a Notice of Bankruptcy with supporting documentation indicating that he "is in an active bankruptcy case before the United States Bankruptcy Court for the District of Nevada, Case No. 24-14392." (Dkt. No. 44.) Accordingly, the Court ordered that this action, *solely as to Defendant Michael Geller*, was subject to an automatic stay in accordance with 11 U.S.C. § 362 until the parties lodge a notice that the Chapter 7 bankruptcy has concluded. (Dkt. No. 45.) To-date, no party to this case has made any filing indicating that the bankruptcy stay as to Defendant Michael Geller has been lifted, or that a request for a lifting of the bankruptcy stay has been ruled upon by the bankruptcy court.

     However, **all dates and deadlines remained in effect for the remaining parties**. (*See id.*) As to those parties, the Court held a final pretrial conference on August 5, 2025, with trial set to begin in 21 days, on August 26, 2025. (Dkt. No. 43-1.) However, both parties failed to appear. Furthermore, several trial-related deadlines have passed, and the Court has received no filings or communication from the parties concerning this case.

### ORDER TO SHOW CAUSE

     Based on the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE**, on or before **August 13, 2025**, why the Court should not issue an order dismissing this matter for the failure to prosecute. C.D. L.R. 41-1, 41-5. Counsel for Plaintiff may discharge this Order by filing a statement signed under penalty of perjury, of no more than five (5) pages, establishing good cause for the failure to comply with the Court's scheduling order and failure to communicate with the Court regarding the status of this case.

     **Failure to timely comply with this Order will result in the issuance of an order of dismissal with prejudice for failure to prosecute and to comply with Court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

     IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | gr |