JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 173D AIRBORNE BRIGADE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> CALEB GELLER, et al., <br><br> Defendants. | NO. CV 23-10076-KS <br><br> JUDGMENT |

For the reasons set forth in the Court's accompanying Memorandum Opinion and Order, IT IS ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE for the failure to prosecute and comply with Court orders. Fed. R. Civ. P. 41(b); C.D. L.R. 41-1, 41-5.

DATED: August 28, 2025

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE